UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DERRICK JONES,

    Plaintiff,

  v.                                                Case No. 15-CV-756

THOMAS CAMPBELL,

    Defendant.

**ORDER**

The plaintiff filed a pro se complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. On September 8, 2015 plaintiff filed an amended complaint with jury demand adjusting the amount of damages being sought. The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The amended complaint appears in all material respects to mirror the original complaint. Defendant answered the original complaint on September 10, 2015. To require defendant to answer the amended complaint would simply result in a waste of time.

**IT IS ORDERED** that the plaintiff's amended complaint be struck and the original complaint stands. Defendant need not answer plaintiff's amended complaint.

Dated this 11th day of September, 2015.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court